Exhibit A-Email from Tiffany Morgan to Jeremy Mohr, Dated August 8, 2024

==with requesting the immediate removal of the song/songs. Please advise on
how your client intends to move forward.==

+My client

*Respectfully reserving rights as a matter of formality.*

Kind regards,
Tiffany

**Tiffany Morgan, Esq.**



This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, then you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. ███████████████ reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

---

**From:** Motisola Zulu █████████████████
**Sent:** Friday, August 23, 2024 4:33 PM
**To:** tiffany █████████████████
**Cc:** Amina McClain ███████████████████          Kelsey Mannas ████████████
Jeremy Mohr ██████████████████████
**Subject:** Re: [CLEARANCE INQUIRY] - CHLOE BAILEY

Hi Tiffany:

There seems to be some miscommunication as Bongo says he never had a conversation with 4rest about co-producing with him. Bongo has worked with your client on several other occasions in the past and he has always been brought in as a songwriter only which is consistent with how they have worked in the past. 4rest was bought in by Bongo with the purposes of writing solely. He played no instruments, secured no musicians, arranged nothing, did not set up any sessions, did not pay for travel, hotel or food or transportation, he did not participate in shopping or placing the record. ( all are what producers do)

The previous person who demoed also provided melody and lyrics with 4rest but again the track was produced by Bongo along with other producers not 4rest. After the demoed record, more production work was done for Chloe on the record and 4rest was not present for any of these additional sessions. He has been given a substantial amount of the publishing on both records.

We are a bit perplexed as to why he feels entitled to the same terms as Bongo who is a producer.

4rest should reach out to Bongo directly .

All rights reserved,
Motisola

***PLEASE NOTE STARTING JULY 12 - AUGUST 30TH, OUR OFFICE WILL BE CLOSED ON FRIDAYS FOR THE SUMMER.***



Motisola Zulu, Esq.

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION - This communication and any attachments are intended for the addressee named above only and are protected by attorney-client and/or other privileges against disclosure.

On Fri, Aug 23, 2024 at 12:06 PM

Hi Motisola,

My client informed me that Bongo's production was a collaborative effort with producer Tarron Crayton, rather than a completely solo idea. During the lyric-writing process, Bongo only agreed on lyrics he liked.
My client contributed 96% of the lyrics & Melody, while direction input came from the individual who demoed the original versions after my client of the songs before Chloe re-recorded them.

Additionally, my client developed the concepts and improvised the ideas for 'Might as Well' and 'Lingerie' directly from
the booth." Accordingly, he should be compensated adequately for his contributions and as he discussed with Bongo, if he worked with him the terms would need to be MFN.

Please consult with your client and advise on how you would like to proceed. My client would like the litigator to sort, but I have assured him we will be able to sort amicably. Thank you.

*Respectfully reserving rights as a matter of formality.*

Kind regards,
Tiffany

**Tiffany Morgan, Esq.**



This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential

communication to the intended recipient, then you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. ███████████████ reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

---

**From:** Motisola Zulu██████████████████
**Sent:** Thursday, August 8, 2024 7:38 PM
**To:** tiffany ████████████████
**Cc:** Amina McClain████████████████ ; Kelsey Mannas ████████████
Jeremy Mohr████████████████
**Subject:** Re: [CLEARANCE INQUIRY] - CHLOE BAILEY

Hi Tiffany
I spoke with Bongo and he informed me Melvin only wrote the lyrics on both tracks. Bongo also contributed to the lyrics. Bongo produced the music prior to them working on lyrics and Bongos Producer terms are separate. Not understanding MFN basis on the lyrical songwriting side.

Happy to hop on a call with you to discuss further .

----Motisola Zulu

On Aug 8, 2024, at 6:45 PM, ████████████████████

Hi Motisola,

My client wrote both tracks and I was informed his terms should be MFN with Bongo. Can you please confirm with Bongo and let us know? Thank you.

*Respectfully reserving rights as a matter of formality.*

Kind regards,
Tiffany

**Tiffany Morgan, Esq.**



This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person

product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, then you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. ▮▮▮▮▮▮▮▮▮▮ reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

---

**From:** Motisola Zulu ▮▮▮▮▮▮▮▮
**Sent:** Thursday, August 8, 2024 4:43 PM
**To:** Amina McClain ▮▮▮▮▮▮▮▮
**Cc:** tiffany ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Kelsey Mannas
▮▮▮▮▮▮▮▮▮▮▮▮ Jeremy Mohr ▮▮▮▮▮▮▮▮
**Subject:** Re: [CLEARANCE INQUIRY] - CHLOE BAILEY

To clarify
the Might As Well - 20% is pre-sample splits .

***PLEASE NOTE STARTING JULY 12  - AUGUST 30TH, OUR OFFICE WILL BE CLOSED ON FRIDAYS FOR THE SUMMER.***
_____
Motisola Zulu, Esq.

▮▮▮▮▮▮

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION - This communication and any attachments are intended for the addressee named above only and are protected by attorney-client and/or other privileges against disclosure.

On Thu, Aug 8, 2024 at 4:36 PM Motisola Zulu ▮▮▮▮▮▮▮▮
Hi Tiffany
My understanding is that Melvin wrote some of the lyrics on both songs. We have him for the

Might as well - 20%
Same Lingerie - 25%

Motisola

***PLEASE NOTE STARTING JULY 12  - AUGUST 30TH, OUR OFFICE WILL BE CLOSED ON FRIDAYS FOR THE SUMMER.***
_____
Motisola Zulu, Esq.

▮▮▮▮▮▮

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION - This communication and any attachments are intended for the addressee named above only and are protected by attorney-client and/or other privileges against disclosure.

On Thu, Aug 8, 2024 at 4:06 PM Amina McClain ▮▮▮▮▮▮▮▮
  +@Motisola Zulu for transparency.

  Reserving rights.

  Best,

**Amina McClain**
Associate

████████████████████████
████████  ████████
████████████████████████

**From:** Amina McClain
**Sent:** Thursday, August 8, 2024 3:21 PM
**To:** tiffany ████████████████████
**Cc:** Kelsey Mannas ████████████████ Jeremy Mohr
████████████████

**Subject:** RE: [CLEARANCE INQUIRY] - CHLOE BAILEY

Hi Tiffany –

Thanks for speaking. Per our conversation, please reach out to Motisola
Zulu ████████████████ and let us know the agreed upon terms
between Melvin and Bongo.

Reserving rights.

Best,

**From:** tiffany ████████████████
**Sent:** Thursday, August 8, 2024 2:58 PM
**To:** Jeremy Mohr ████████████████
**Cc:** Amina McClain ████████████████ Kelsey Mannas
████████████████

**Subject:** Re: [CLEARANCE INQUIRY] - CHLOE BAILEY

> Some people who received this message don't often get email from ████████████
> Learn why this is important

Melvin Moore p/k/a "OneInThe4Rest"

Respectfully reserving rights as a matter of formality.

Kind regards,
Tiffany

# Tiffany Morgan, Esq.

████████████████████
████
████████

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, then you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. ████████████████ reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

On Aug 8, 2024, at 2:50 PM, Jeremy Mohr ████████████████ wrote:

Hi.  Who is your client?

**Jeremy Mohr**
Partner

████████████████████████

`<rmb_cd39e1f5-6fab-46a5-9ca3-dd9fb334a107.png>`

**From:** tiffany ████████████████████████
**Sent:** Thursday, August 8, 2024 11:47 AM
**To:** Jeremy Mohr ███████████████
**Subject:** [CLEARANCE INQUIRY] - CHLOE BAILEY

> You don't often get email from ████████████████    Learn why this is important

Hi Jeremy,

I hope all is well. I was just advised that my client provided writing services for your client's upcoming release "Might As Well ft. Tya $" and "Same Lingerie". We have not received any paperwork for this clearance and I wanted to get the ball rolling. His terms should be MFN with Bongo. Thank you.

*Respectfully reserving rights as a matter of formality.*

Kind regards,
Tiffany

**Tiffany Morgan, Esq.**

██████████████████
████████████████████
███████████████
███████████
███████████
███████████
██████████████

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, then you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. ████████████████████ reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender

immediately by reply e-mail message and
permanently delete the original message.