Exhibit B- Copyright Registration No. SR0001013673

# Copyright | Public Records System

Home / Detailed Record View

# Detailed Record View
Registration record SR0001013673
Copyright Catalog

## Trouble In Paradise / by Chloe (#G010005293606G)

Share  Actions

| | |
|---|---|
| Registration Number / Date | SR0001013673 / 2024-10-08 |
| Type of Work | Sound Recording |
| Title | Trouble In Paradise / by Chloe (#G010005293606G) |
| Application Title | Trouble In Paradise / by Chloe (#G010005293606G) |
| Contents | All I Got; Might As Well; Boy Bye; Redemption; Temporarily Single; Rose; Favorite; Same Lingerie; Never Let You Go; Want Me; Moments; FYS; Nice Girls Finish Last; Strawberry Lemonade; Shake; Somebody. |
| Date of Creation | 2024 |
| Date of Publication | 2024-08-09 |
| Copyright Claimant | Sony Music Entertainment, Transfer: By written agreement. Address: 25 Madison Ave, New York, NY, 10010, United States. |
| Authorship on Application | Parkwood Entertainment LLC, Domicile: United States. employer for hire; Authorship: sound recording, compilation of sound recordings. |
| Basis of Claim | new sound recordings on tracks 1, 2, 4-9, 11, & 13-16; new sounds on track 10; compilation of sound recordings. |
| Material Excluded | pre-existing sound recordings on tracks 3 "Boy Bye" and 12 "FYS"; sampled sounds on track 10 "Want Me". |
| Description | Electronic file (eService) |
| Copyright Note | Basis for Registration: Collective work. |
| Nation of First Publication | United States |
| Names | Parkwood Entertainment LLC<br>Sony Music Entertainment |

## Menu
Home
Recent Records
Recent Searches
Name Directory
Help

## Resources
Request a Copy Estimate
Request a Search Estimate
FAQs

## Contact
Contact Us
Feedback

## U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll-free)

**DISCLAIMER** The Copyright Public Records System (CPRS) pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright Office | Library of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy

Home / Search / Detailed Record View

| Title | Same Lingerie |

Advanced Search

# Detailed Record View
## Registration record SR0001013673

Copyright Catalog
Displaying 1 of 6 entries

◂ Previous   Next ▸

## Trouble In Paradise / by Chloe (#G010005293606G)

Share    Actions ⌄

| Field | Value |
| --- | --- |
| Registration Number / Date | SR0001013673 / 2024-10-08 |
| Type of Work | Sound Recording |
| Title | Trouble In Paradise / by Chloe (#G010005293606G) |
| Application Title | Trouble In Paradise / by Chloe (#G010005293606G) |
| Contents | All I Got; Might As Well; Boy Bye; Redemption; Temporarily Single; Rose; Favorite; Same Lingerie; Never Let You Go; Want Me; Moments; FYS; Nice Girls Finish Last; Strawberry Lemonade; Shake; Somebody. |
| Date of Creation | 2024 |

| | |
|---|---|
| **Date of Publication** | 2024-08-09 |
| **Copyright Claimant** | Sony Music Entertainment, Transfer: By written agreement. Address: 25 Madison Ave, New York, NY, 10010, United States. |
| **Authorship on Application** | Parkwood Entertainment LLC, Domicile: United States. employer for hire; Authorship: sound recording, compilation of sound recordings. |
| **Basis of Claim** | new sound recordings on tracks 1, 2, 4-9, 11, & 13-16; new sounds on track 10; compilation of sound recordings. |
| **Material Excluded** | pre-existing sound recordings on tracks 3 "Boy Bye" and 12 "FYS"; sampled sounds on track 10 "Want Me". |
| **Description** | Electronic file (eService) |
| **Copyright Note** | Basis for Registration: Collective work. |
| **Nation of First Publication** | United States |
| **Names** | Parkwood Entertainment LLC<br>Sony Music Entertainment |

◀ Previous    Next ▶

## Menu

Home
Recent Records
Recent Searches
Name Directory
Help

## Contact

Contact Us
Feedback

## Resources

Request a Copy Estimate
Request a Search Estimate
FAQs

## U.S. Copyright Office

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll-free)

**DISCLAIMER** The Copyright Public Records System (CPRS) pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright Office | Library of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy