```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MELVIN MOORE P/K/A 4REST,                                               :
:
                Plaintiff,                                         :
:    25-cv-01472 (LJL)
      -v-                                                              :
:    ORDER
CHLOE BAILEY, et. al.,                                                  :
:
                Defendants.                                       :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court held a pretrial conference today, August 25, 2025. Counsel for Defendants joined the teleconference, counsel for Plaintiff did not appear. The Court accordingly adjourns the initial pretrial conference until September 16, 2025 at 10 a.m. Counsel for both parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. Plaintiff's counsel is warned that further failure to appear will put Plaintiff at risk of dismissal without prejudice for failure to prosecute and for violation of the Court's orders. Defendants' time to answer or respond to Plaintiff's operative complaint is adjourned *sine die*.

       SO ORDERED.

Dated: August 25, 2025
       New York, New York
                                                LEWIS J. LIMAN
                                               United States District Judge