**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Melvin Moore p/k/a "4Rest,"

                                    Plaintiffs,          Civil Action No.: 25-1472

        -against-

Chloe Bailey,
Columbia Records, a Division of Sony
Music Entertainment, Inc.,
Parkwood Entertainment LLC,
Sony Music Entertainment, Inc.,
ABC Corporation 1-10, and
JOHN and JANE DOES 1-10,
                                    Defendant.

**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE OF**
**TIFFANY A. MORGAN**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration and pursuant to

Local Civil Rule 1.4, Tiffany M. Morgan respectfully moves this Court for permission to withdraw

her appearance in the above-captioned action on behalf of Plaintiff Melvin Moore p/k/a "4Rest".

PLEASE TAKE FURTHER NOTICE that attorney Tyrone Blackburn will continue to be counsel

of record for Plaintiff Melvin Moore p/k/a "4Rest".

DATED: October 6, 2025
 Cohoes, New York

                                            Respectfully submitted,

                                            By: */s/ Tiffany A. Morgan*
                                            100 N. Mohawk St. #2312
                                            Cohoes, N.Y.12047
                                            Phone: (917) 557-1837
                                            Email: TiffanyMorganesq@Gmail.com

Service on all counsel by ECF