## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Melvin Moore p/k/a "4Rest,"<br><br>                         Plaintiffs,<br>   -against-<br><br><br>Chloe Bailey,<br>Columbia Records, a Division of Sony<br>Music Entertainment, Inc.,<br>Parkwood Entertainment LLC,<br>Sony Music Entertainment, Inc.,<br>ABC Corporation 1-10, and<br>JOHN and JANE DOES 1-10,<br>                        Defendant. | Civil Action No.: 25-1472 |

### DECLARATION OF TIFFANY A. MORGAN IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

I, Tiffany A. Morgan, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2. Plaintiff Melvin Moore p/k/a "4Rest" has rendered representation unreasonably difficult, which has resulted in lack of cooperation and a complete breakdown in the attorney-client relationship.

3. Plaintiff Melvin Moore p/k/a "4Rest" has engaged in conduct that is repugnant and/ fundamentally disagreeable, in the above-captioned matter, which is morally and/or professionally objectionable.

4. Attorney Tyrone Blackburn will continue to be counsel of record for Plaintiff Melvin Moore p/k/a "4Rest".

DATED: October 6, 2025
 Cohoes, New York

Respectfully submitted,

By: */s/ Tiffany A. Morgan*
100 N. Mohawk St. #2312
Cohoes, N.Y.12047
Phone: (917) 557-1837
Email: TiffanyMorganesq@Gmail.com

Service on all counsel by ECF