UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Melvin Moore p/k/a "4Rest,"

                              Plaintiffs,

        -against-

Chloe Bailey,
Columbia Records, a Division of Sony
Music Entertainment, Inc.,
Parkwood Entertainment LLC,
Sony Music Entertainment, Inc.,
ABC Corporation 1-10, and
JOHN and JANE DOES 1-10,
                              Defendant.

Civil Action No.: 25-1472

Denied without prejudice for failure to indicate whether a lien is being requested and failure to serve on the Plaintiff as required by Local Rule 1.4.

SO ORDERED.

October 7, 2025

LEWIS J. LIMAN
United States District Judge

## NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE OF TIFFANY A. MORGAN

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration and pursuant to Local Civil Rule 1.4, Tiffany M. Morgan respectfully moves this Court for permission to withdraw her appearance in the above-captioned action on behalf of Plaintiff Melvin Moore p/k/a "4Rest". PLEASE TAKE FURTHER NOTICE that attorney Tyrone Blackburn will continue to be counsel of record for Plaintiff Melvin Moore p/k/a "4Rest".

DATED: October 6, 2025
 Cohoes, New York

                              Respectfully submitted,

                              By: */s/ Tiffany A. Morgan*
                              100 N. Mohawk St. #2312
                              Cohoes, N.Y.12047
                              Phone: (917) 557-1837
                              Email: TiffanyMorganesq@Gmail.com

Service on all counsel by ECF