**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Melvin Moore p/k/a "4Rest," <br><br>                             Plaintiffs, <br>   -against- <br><br><br> Chloe Bailey, <br> Columbia Records, a Division of Sony <br> Music Entertainment, Inc., <br> Parkwood Entertainment LLC, <br> Sony Music Entertainment, Inc., <br> ABC Corporation 1-10, and <br> JOHN and JANE DOES 1-10, <br>                            Defendant. | Civil Action No.: 25-1472 <br><br><br><br> **AFFIDAVIT OF** <br> **TYRONE A. BLACKBURN, ESQ.** <br> **IN SUPPORT OF PLAINTIFF'S** <br> **MOTION FOR LEAVE TO FILE AN** <br> **AMENDED COMPLAINT** |

STATE OF NEW YORK)
COUNTY OF KINGS) ss.:

I, Tyrone A. Blackburn, Esq., an attorney duly admitted to practice before this Court, hereby declare under penalty of perjury as follows:

1. I am the principal attorney at T.A. Blackburn Law, PLLC, and counsel of record for Plaintiff Moore p/k/a 4Rest in the above-captioned matter. I submit this affidavit in support of Plaintiff's motion for leave to file an amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

2. The purpose of the proposed amendment is to add Uforo Ebong, professionally known as "Bongo ByTheWay", as a necessary party to this action. During private settlement negotiations, it became evident that Defendants relied on Mr. Ebong's misrepresentation that he had authority to bind Plaintiff in connection with the musical works that are the subject of this litigation.

3. The proposed amendment is not intended to cause delay, but to ensure complete and just adjudication of the underlying dispute.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Proposed Amended Complaint, which includes claims against Mr. Ebong arising out of his misrepresentations.

1

5. Attached hereto as **Exhibit B** is a redline version of the complaint showing the changes made from the original complaint to the proposed amended version, for the Court's convenience.

6. Plaintiff respectfully requests that the Court grant leave to file the amended complaint so that all relevant and responsible parties are before the Court and so that this matter may proceed on the merits completely and efficiently.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2025
Brooklyn, New York

/s/Tyrone A. Blackburn
Tyrone A. Blackburn, Esq.
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
Phone: 347-342-7432
Email: Tblackburn@tablackburnlaw.com

2