**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Melvin Moore p/k/a "4Rest," <br><br>                                   Plaintiffs, <br>     -against- <br><br><br> Chloe Bailey, <br> Columbia Records, a Division of Sony <br> Music Entertainment, Inc., <br> Parkwood Entertainment LLC, <br> Sony Music Entertainment, Inc., <br> ABC Corporation 1-10, and <br> JOHN and JANE DOES 1-10, <br>                             Defendant. | Civil Action No.: 25-1472 |

**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE OF**
**TIFFANY A. MORGAN**

     **PLEASE TAKE NOTICE** that, upon the accompanying Declaration and pursuant to Local Civil Rule 1.4, Tiffany A. Morgan, **(1)** respectfully moves this Court for permission to withdraw my appearance in the above-captioned matter on behalf of Plaintiff Melvin Moore p/k/a "4Rest"; and **(2)** respectfully moves this Court to grant a charging lien for my attorney's fees and/or costs advanced on behalf of my representation of Plaintiff in connection with this matter, on all funds obtained by judgment, settlement or arbitration award payable to Plaintiff. The current amount due is: **(a)** Twenty Percent (20%) of any judgment, settlement or arbitration award payable to Plaintiff in accordance with my contingency fee arrangement between Plaintiff, attorney Tyrone Blackburn, and myself to compensate me for Fourteen (14) Months of unpaid legal services rendered to Plaintiff, by me, in connection with the above-captioned matter; **(b)** Four Hundred and Five Dollars and Zero Cents ($405.00) for filing fees associated with filing the Complaint with this Court on behalf of Plaintiff in the above-captioned matter; and **(c)** One Hundred and Ninety-Five Dollars and Zero Cents ($195.00), for filing fees advanced on behalf of Plaintiff to the United States Copyright Office, for the filing of Copyright Applications for the master recordings at issue in the above-captioned matter. **PLEASE TAKE FURTHER NOTICE** that **(1)**; As of the date of this Motion, October 15, 2025, Plaintiff has no pending hearing dates, and my withdrawal will not prejudice this matter; **(2)** All parties to this matter have been served in accordance with Local Rule 1.4, and proof of service to Plaintiff is attached hereto as **Exhibit A**; and **(3)** attorney Tyrone Blackburn will continue to be counsel of record for Plaintiff.

DATED: October 15, 2025
 Cohoes, New York

Respectfully submitted,

By: */s/ Tiffany A. Morgan*
100 N. Mohawk St. #2312
Cohoes, N.Y.12047
Phone: (917) 557-1837
Email: TiffanyMorganesq@Gmail.com

Service on all counsel by ECF
Service on Plaintiff by USPS

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Melvin Moore p/k/a "4Rest,"

                         Plaintiffs,                Civil Action No.: 25-1472

    -against-

Chloe Bailey,
Columbia Records, a Division of Sony
Music Entertainment, Inc.,
Parkwood Entertainment LLC,
Sony Music Entertainment, Inc.,
ABC Corporation 1-10, and
JOHN and JANE DOES 1-10,

                        Defendant.

## DECLARATION OF TIFFANY A. MORGAN IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

I, Tiffany A. Morgan, declare under penalty of perjury that the following is true and correct:

1.      I submit this declaration in support of my motion seeking permission from this Court to withdraw my appearance in the above-captioned matter.

2.      Plaintiff has rendered representation unreasonably difficult, which has resulted in lack of cooperation and a complete breakdown in the attorney-client relationship.

3.      Plaintiff has engaged in conduct that is repugnant and/or fundamentally disagreeable, in the above-captioned matter, which is morally and/or professionally objectionable.

4.      As of the date of this Motion, October 15, 2025, Plaintiff has no pending hearing dates, and my withdrawal will not prejudice this matter.

5.      All parties to this matter have been served in accordance with Local Rule 1.4, and proof of service is attached hereto as **Exhibit A.**

6.      Attorney Tyrone Blackburn will continue to be counsel of record for Plaintiff.

DATED: October 15, 2025
 Cohoes, New York

                        Respectfully submitted,

                        By: */s/ Tiffany A. Morgan*
                        100 N. Mohawk St. #2312
                        Cohoes, N.Y.12047
                        Phone: (917) 557-1837
                        Email: TiffanyMorganesq@Gmail.com

Service on all counsel by ECF
Service on Plaintiff by USPS

Case 1:25-cv-01472-LJL    Document 39    Filed 10/17/25    Page 4 of 5

**EXHIBIT A**



## UNITED STATES POSTAL SERVICE.

COHOES
101 MOHAWK ST
COHOES, NY 12047-9996
www.usps.com

10/15/2025                          04:42 PM

TRACKING NUMBERS
ER182489563US

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express Flat Rate Env | 1 | | $33.40 |
| Woodland Hills, CA 91367 | | | |
| Flat Rate | | | |
| Signature Waiver | | | |
| Scheduled Delivery Date | | | |
| Sat 10/18/2025 06:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: | | | |
| ER182489563US | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $33.40 |
| Mailer 6 × 10 | 1 | $2.09 | $2.09 |
| Grand Total: | | | $35.49 |
| Cash | | | $36.00 |
| Change | | | -$0.51 |

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)

ER 182 489 563 US