UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN MOORE p/k/a 4Rest,

                Plaintiff,

-v-

CHLOE BAILEY, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1472 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (Dkt. No. 42). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **November 13, 2025, at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).

Dated:    New York, New York
           October 27, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge