```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
MELVIN MOORE P/K/A 4REST,                :
:
Plaintiff,        :
:      25-cv-01472 (LJL)
-v-                           :
:      ORDER
:
CHLOE BAILEY ET AL.,                     :
:
Defendant(s).     :
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The unopposed motion by Tiffany A. Morgan for leave to withdraw her appearance as counsel for Plaintiff is GRANTED for good cause under Local Rule 1.4. Attorney Tyrone Blackburn shall continue as counsel of record for Plaintiff. Counsel has asserted a charging lien for attorney's fees and/or costs on all funds obtained by judgment, settlement or arbitration award payable to Plaintiff.

The Clerk of the Court is respectfully requested to terminate attorney Tiffany A. Morgan and cease to send her notices in this matter.

SO ORDERED.

Dated: November 13, 2025
       New York, New York
                                            _____
                                                     LEWIS J. LIMAN
                                                United States District Judge