UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN MOORE p/k/a 4Rest,

                Plaintiff,

-v-

CHLOE BAILEY, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1472 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on November 13, 2025 for the purpose of scheduling a settlement conference. (Dkt. No. 43 (the "Conference")). Counsel for Defendants Chloe Bailey ("Ms. Bailey"), Parkwood Entertainment LLC ("Parkwood"), and Sony Music Entertainment ("Sony") appeared at the Conference. Counsel for Plaintiff Melvin Moore p/k/a 4Rest ("Mr. Moore"), however, did not appear at the Conference.

The Court **ORDERS** the parties to consult their schedules and advise the Court via email at Cave_NYSDChambers@nysd.uscourts.gov by **November 18, 2025** whether they prefer January 8, 2026 at 2:15 p.m. ET or January 12, 2026 at 2:15 p.m. ET for an **in-person** settlement conference. The Court expects Mr. Moore, a representative of Sony, and Ms. Bailey's outside counsel to attend the settlement conference **in-person**. A representative from Parkwood may appear by phone.

Dated:     New York, New York
          November 13, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge