UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN MOORE p/k/a 4Rest,<br><br>                Plaintiff,<br><br>  -v-<br><br><br>CHLOE BAILEY, <u>et</u> <u>al.</u>,<br><br>               Defendants. | CIVIL ACTION NO. 25 Civ. 1472 (LJL) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person settlement conference held on January 12, 2026, a telephone conference with <u>counsel</u> <u>only</u> to discuss the status of the parties' settlement discussions is scheduled for **January 23, 2026, at 2:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
           January 13, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**