UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN MOORE p/k/a 4Rest,

                          Plaintiff,

        -v-                                          CIVIL ACTION NO. 25 Civ. 1472 (LJL) (SLC)

                                                              **ORDER**
CHLOE BAILEY, et al.,

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on January 26, 2026, at which counsel for Defendants appeared but counsel for Plaintiff did not, a telephone conference with counsel only to discuss the status of this matter is scheduled for **January 29, 2026, at 2:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
              January 27, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**