UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN MOORE p/k/a 4Rest,<br><br>                    Plaintiff,<br><br>    -v-<br><br>CHLOE BAILEY, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 1472 (LJL) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on January 29, 2026, a telephone conference with <u>counsel</u> <u>only</u> to discuss the status of this matter is scheduled for **February 5, 2026, at 4:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            January 29, 2026

                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**