UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN MOORE p/k/a 4Rest,

                Plaintiff,

   -v-

CHLOE BAILEY, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1472 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone conference to discuss the status of this matter previously scheduled for February 5, 2026, at 4:00 p.m. ET is **RESCHEDULED** to **February 5, 2026 (the same day) at 2:30 p.m. ET** with underline counsel underline only on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
            February 5, 2026

                          SO ORDERED.

                          SARAH L. CAVE
                          United States Magistrate Judge