UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN MOORE p/k/a 4Rest,

                Plaintiff,

-v-

CHLOE BAILEY, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1472 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 5, 2026, the parties in this action informed the Court that they reached a settlement in principle. On or before **April 6, 2026**, the parties shall file a stipulation of dismissal.

Dated:     New York, New York
            March 5, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**