UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN MOORE P/K/A 4REST <br> Plaintiff, <br><br> – against – <br><br> CHLOE BAILEY, COLUMBIA RECORDS, PARKWWOD ENTETAINMENT LLC, SONY MUSIC ENTERTAINMENT, ABC CORPORATION 1-10, AND JOHN AND JANE DOES 1-10 <br> Defendants. | Case No. 1:25-cv-01472-LJL <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Hon. Lewis J. Liman |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for the above-captioned parties that, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

This stipulation may be executed in facsimile and in counterparts, which shall have the same effect as an original.

Dated: New York, New York
       April 27, 2026

**T. A. BLACKBURN LAW, PLLC**

By: */s/ Tyrone A. Blackburn*
    Tyrone A. Blackburn, Esq.
    1242 E. 80th Street, 3rd Floor
    Brooklyn, NY 11236
    Tel: (347) 342-7432

*Attorney for Plaintiff Melvin Moore p/k/a "4Rest"*

**PRYOR CASHMAN LLP**

By: */s/ Ilene S. Farkas*
    Ilene S. Farkas, Esq.
    7 Times Square
    New York, New York 10036
    Tel: (212) 421-4100

*Attorneys for Defendants Chloe Bailey, Parkwood Entertainment LLC, and Sony Music Entertainment*

Pursuant to Federal Rule of Civil Procedure 41 and the Court's inherent powers, the action is dismissed in its entirety with prejudice.

April 28, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge